```
                        United States Bankruptcy Court
                         Eastern District of California

Travis Credit Union,
        Plaintiff                                       Adv. Proc. No. 16-01081-A
Martinez,
        Defendant
```

## CERTIFICATE OF NOTICE

```
District/off: 0972-1          User: jtis              Page 1 of 1              Date Rcvd: Oct 20, 2016
                              Form ID: pdf030         Total Noticed: 5
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2016.
```
aty          +Alicia L. Hinton,   2014 Tulare St #408,   Fresno, CA 93721-2011
aty          +John Mendonza,   PO Box 5010,   Pleasanton, CA 94566-0510
def          +Marcela Martinez,   PO Box 23,   Dos Palos, CA 93620-0023
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
             +E-mail/Text: ustpregion17.fr.ecf@usdoj.gov Oct 21 2016 02:10:49      Office of the U.S. Trustee,
               United States Courthouse,   2500 Tulare St #1401,   Fresno, CA 93721-1326
             +E-mail/Text: trmanfredo@yahoo.com Oct 21 2016 02:10:53      Trudi Manfredo,
               377 W Fallbrook Ave #102,   Fresno, CA 93711-6225
                                                                                             TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cc*          +Marcela Martinez,   PO Box 23,   Dos Palos, CA 93620-0023
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2016 at the address(es) listed below:
```
NONE.                                                                                        TOTAL: 0
```

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Adversary Title :** | Travis Credit Union v. Martinez | **Case No :** <br> **Adv No :** <br> **Date :** <br> **Time :** | 16–12277 – A – 7 <br> 16–01081 – A <br> 10/13/2016 <br> 10:00 |
| **Matter :** | Status Conference – [1] – (62 (Dischargeability – 523(a)(2), false pretenses, false representation, actual fraud)) : Complaint 16–01081 by Travis Credit Union against Marcela Martinez. (Fee $350.00) (eFilingID: 5848949) (jdas) | | |
| **Judge :** <br> **Department :** | Fredrick E. Clement <br> A | **Courtroom Deputy :** <br> **Reporter :** | Rosalia Estrada <br> Electronic Record |

**APPEARANCES for :**
**Movant(s) :**
(by phone)   Plaintiff's Attorney – John Mendonza
**Respondent(s) :**
Defendant's Attorney – Alicia L. Hinton

## CIVIL MINUTE ORDER

IT IS HEREBY ORDERED that,

1. The status conference is continued to November 30, 2016, at 10:00 a.m. in Courtroom 11, Fifth Floor, 2500 Tulare Street, Fresno, California, to allow the parties time to continue exploring settlement discussions, if appropriate.

2. The parties will consider the jurisdictional issues associated with the joinder of a third party in a 11 U.S.C. § 523(a)(2)(B) action. The parties will also consider whether the defendant may raise an in pari delicto defense. If so, whether a formal amendment of the pleadings is required or whether a stipulation by the parties is sufficient.

3. Defendant will consider whether affirmative defenses other than indispensability of the parties, estoppel or unclean hands should be preserved.

4. Not later than 14 days prior to the continued status conference, the parties shall file a joint status report.

Dated:  Oct 19, 2016

_____
Fredrick E. Clement
United States Bankruptcy Judge

This document does not constitute a certificate of service. The parties listed below will be served a separate copy of the attached Civil Minute Order.

Alicia L. Hinton
2014 Tulare St #408
Fresno CA 93721

John Mendonza
PO Box 5010
Pleasanton CA 94566